ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 14 2009
CLERK U.S. DISTRICT COURT
By ________ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 5-09CR0066-C |
| | § | |
| RORY BRUNDAGE | § | |

The Grand Jury Charges:

**<u>COUNT 1</u>**
**Delay or Destruction of Mail or Newspapers**
**(Violation of 18 U.S.C. § 1703)**

On or about July 9, 2009, in the Lubbock Division of the Northern District of Texas, in a matter within the jurisdiction of an agency of the United States, that is, the United States Postal Service, defendant, **Rory Brundage**, a United State Postal Service employee, did knowingly, willfully and unlawfully secrete, destroy, detain, and delay mail entrusted to him and which come into his possession, said mail intended to be conveyed by mail.

A violation of Title 18, United States Code, Sections 1703.

A TRUE BILL:

FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

PAULINA M. JACOBO
Assistant United States Attorney
Texas Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806.472.7351
Facsimile: 806.472.7394
Email: paulina.jacobo@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

V.

RORY BRUNDAGE

INDICTMENT

18 U.S.C. § 1703

Delay or Destruction of Mail or Newspapers
(1 COUNT)

A true bill,

LUBBOCK FOREPERSON

Filed in open court this 14th day of October, A.D. 2009

Clerk

SUMMONS/~~WARRANT~~ TO ISSUE FOR DEFENDANT

UNITED STATES ~~DISTRICT JUDGE~~/MAGISTRATE JUDGE

NO PENDING CRIMINAL COMPLAINT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No New Defendant: ☐ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No If Yes, number: ____________

Search Warrant Case Number ____________

5-09CR0066-C

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☐ No

Defendant Name Rory Brundage

Alias Name

Address

REDACTED

County in which offense was committed: Hale

2. **U.S. Attorney Information**

AUSA **PAULINA M. JACOBO** Bar # **TX 10516700**

3. **Interpreter**

☐ Yes ☒ No If Yes, list language and/or dialect: ____________

4. **Location Status**

Arrest Date ____________

☐ Already in Federal Custody as of ____________ in ____________

☐ Already in State Custody

☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC § 1703 | Delay or Destruction of Mail or Newspapers | 1 |

Date 10/14/2009

Signature of AUSA: [signature]
Paulina M. Jacobo