**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | |
|---|---|
| JUDGE: NANCY M. KOENIG | |
| DEPUTY CLERK: Criss Flock | COURT REPORTER/TAPE NO.: Digital |
| LAW CLERK: | USPO/PTSO: D. Rector |
| INTERPRETER: | COURT TIME: :05 |
| A.M. 9:58 / P.M. | DATE: November 9, 2009 |

**5:09-CR-066**

**UNITED STATES OF AMERICA** § **Paulina Jacobo, AUSA**

**V.** §

**RORY BRUNDAGE** § **Laurie Key (R)**

DEFENDANT(S) NAME(S) AND NUMBER(S) — COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

IA on Summons

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON ______ CASE NO. ______ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: ______ ☒ SURRENDER 11/9/09 ☐ RULE 5/32 ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) ______ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED ______
☒ DEFT HAS RETAINED COUNSEL Laurie Key
☐ ARRAIGNMENT SET ______ ☐ DETENTION HEARING SET ______
☐ PRELIMINARY HEARING SET ______ ☐ BOND HEARING SET ______
☐ COUNSEL DETERMINATION HEARING SET ______
☐ IDENTITY/REMOVAL HEARING SET ______
☒ BOND ☒ SET ☐ REDUCED TO $ ______ ☐ CASH ☐ SURETY ☐ 10% ☒ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED. ☐ DETENTION MOOT: ______
☒ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: Gov't does not oppose Deft's release on bond and conditions.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 9 2009
CLERK, U.S. DISTRICT COURT
By ______
Deputy