IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 5:09-CR-066-C |
| | § | |
| RORY BRUNDAGE | § | |

# MOTION TO DISMISS INDICTMENT

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Dismiss with prejudice, the Indictment filed on October 14, 2009, No. 5:09-CR-0066-C, as to defendant Rory Brundage, for the reason that Defendant has made a satisfactory adjustment to diversion supervision by generally complying with all of the conditions set forth in the Pretrial Diversion Agreement.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

/s/ Paulina M. Jacobo
PAULINA M. JACOBO
Assistant United States Attorney
State Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806.472.7351
Facimile: 806.472.7394

## CERTIFICATE OF SERVICE

I, Paulina Jacobo, Assistant United States Attorney, hereby certify that a true and correct copy of the foregoing was served on Laurie Key, Attorney for defendant, Rory Brundage, via electronic filing, on this the 4th day of January, 2011.

/s/ Paulina M. Jacobo
PAULINA M. JACOBO
Assistant United States Attorney